**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 19-1464**

---

WILLIAM LEE GRANT, II,

> Plaintiff - Appellant,

v.

GREGORY K. HARRIS, AUSA; JOINT CHIEFS OF STAFF,

> Defendants - Appellees.

---

**No. 19-1465**

---

WILLIAM LEE GRANT, II,

> Plaintiff - Appellant,

v.

GREGORY K. HARRIS, AUSA; JOINT CHIEFS OF STAFF,

> Defendants - Appellees.

No. 19-1466

WILLIAM LEE GRANT, II,

Plaintiff - Appellant,

v.

GREGORY K. HARRIS, AUSA; JOINT CHIEFS OF STAFF,

Defendants - Appellees.

Appeals from the United States District Court for the Western District of Virginia, at Lynchburg. Norman K. Moon, Senior District Judge. (6:19-cv-00013-NKM; 6:19-cv-00016-NKM; 6:19-cv-00017-NKM)

Submitted: August 20, 2019                    Decided: August 22, 2019

Before FLOYD and RUSHING, Circuit Judges, and SHEDD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

William Lee Grant, II, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, William Grant, II, challenges the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaints under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find that these appeals are frivolous. Accordingly, we dismiss the appeals for the reasons stated by the district court. *Grant v. Harris*, No. 6:19-cv-00013-NKM (W.D. Va. Apr. 22, 2019); *Grant v. Harris*, No. 6:19-cv-00016-NKM (W.D. Va. Apr. 22, 2019); *Grant v. Harris*, No. 6:19-cv-00017-NKM (W.D. Va. Apr. 22, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*